# IN THE SUPREME COURT OF THE STATE OF NEVADA

CAROLINE JENSEN,
              Appellant,

vs.

SHANE JENSEN,
              Respondent.

No. 82929

**FILED**

DEC 2 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. However, the stipulation is not signed by counsel of record for respondent. *See* NRAP 25(a)(5) (requiring that "[a]ll documents submitted to the court for filing by a represented party . . . include the original signature of at least 1 attorney of record who is an active member of the bar of this state"). This court treats the stipulation as a motion to voluntarily dismiss this appeal and grants the motion. This appeal is dismissed. NRAP 42(b). The parties shall bear their own costs and fees.

It is so ORDERED.

_____, C.J.

cc:    Hon. Mary D. Perry, District Judge, Family Court Division
        Ara H. Shirinian, Settlement Judge
        Vaccarino Law Office
        Pecos Law Group
        Eighth District Court Clerk

21-36473